UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV17-00875 JAK (DTBx) | Date | July 6, 2017 |
| Title | Nora Freeman v. Manor Care of Hemet CA, LLC et al | | |

**Present: The Honorable** JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE MOTION TO SUBSTITUTE DEFENDANT (DKT. 16); MOTION TO REMAND (DKT. 17); AND EX PARTE APPLICATION TO EXPEDITE RULING ON PLAINTIFF'S UNOPPOSED MOTIONS (DKT. 21)**
**JS-6**

On June 2, 2017, Nora Freeman ("Plaintiff") filed a Motion to Substitute Cornerstone Hospice Foundation, Inc. ("Cornerstone") as Fictitiously Named Defendant Doe 1. Dkt. 16. Also on that date, Plaintiff filed a Motion to Remand. Dkt. 17. On June 23, 2017, Manor Care of Hemet, CA, LLC and HCR Manorcare Services LLC ("Defendants") filed notice of their intent not to oppose the Motions. Dkt. 20.

Because Defendants have indicated their consent to the Motions, they are **GRANTED**. *See Paracor Fin., Inc. v. Gen. Elec. Capital Corp.*, 96 F.3d 1151, 1167 (9th Cir. 1996) (statement of non-opposition indicates consent to a motion). Accordingly, the Ex Parte Application to Expedite Ruling on Plaintiff's Unopposed Motions, filed on June 29, 2016, (Dkt. 21), is **MOOT**. The action shall be remanded to the Superior Court for the County of Riverside, 30755 Auld Rd., Murietta, CA 92563.

**IT IS SO ORDERED.**

:

Initials of Preparer  ak